UNITED STATES DISTRICT COURT   JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **ED CV 16-895-DMG (SPx)** | Date | September 6, 2016 |
|---|---|---|---|
| Title | Theresa Brooke v. Martini Madness, LLC | | |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   IN CHAMBERS - ORDER AND NOTICE TO PARTIES

In light of Plaintiff's Notice of Voluntary Dismissal filed on September 3, 2016 [Doc. # 13], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  The order to show cause dated August 2, 2016 [Doc. # 10] is DISCHARGED.

IT IS SO ORDERED.